United States District Court
Southern District of Texas
**ENTERED**
June 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES DEGARMO, individually and on behalf of those similarly situated, § § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:17-cv-02233 |
| vs. § | |
| § | JURY TRIAL REQUESTED |
| TEX-TRUDE, L.P., TEX-TRUDE HOLDINGS, INC., and CHARLES NETTLES, JR. § § § § | |
| Defendants. § | |

### ORDER APPROVING SETTLEMENT AND
### FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE

Plaintiff James DeGarmo ("Plaintiff") and Defendants Tex-Trude, L.P. ("Tex-Trude"), Tex-Trude Holdings, Inc. ("Holdings"), and Charles Nettles, Jr. ("Nettles") (altogether, the "Parties") collectively moved for approval of the settlement reached between Plaintiff and Defendants (the "Settlement"). The Parties further jointly requested that the Court enter final judgment dismissing this action in its entirety with prejudice. Although the Court previously issued a dismissal, the Parties need the Court to approve the Settlement because the case involves Fair Labor Standards Act claims.

The Court hereby finds that the proposed Settlement, including the allocation of the settlement pay, is fair and reasonable. Therefore, the Court approves the Settlement and orders that it be implemented according to the terms and conditions set forth in the Settlement and in the Parties' Joint Motion for Order Approving Settlement and Entry of Final Judgment Dismissing the Lawsuit with Prejudice.

The Court dismisses this case with prejudice.

SIGNED on June 14, 2018.

_____
United States District Judge